IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEVONTE MITCHELL, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED INTERNATIONAL CREDIT CORP., a Delaware Corporation,<br><br>Defendant. | Civil Action File No.<br><br>1:18-cv-05821-LMM |

## **STIPULATION FOR DISMISSAL**

DeVonte Mitchell and Allied International Credit Corp. hereby stipulate to dismissal of this action with prejudice, without costs. The claims of the putative members of the uncertified class shall be dismissed without prejudice.

Respectfully Submitted this 17th Day of July, 2019,

| | |
|---|---|
| */s/ Justin T. Holcombe*_____<br>Justin T. Holcombe<br>GA Bar No. 552100<br>133 Mirramont Lake Drive<br>Woodstock, GA 30189<br>Telephone: (770) 427-5600<br>Facsimile: (404) 601-1855<br>jholcombe@skaarandfeagle.com<br>Counsel for Plaintiff,<br>Devonte Mitchell | */s/ Kirsten Smith*_____<br>Kirsten H. Smith<br>GA Bar No.: 702220<br>Sessions, Fishman, Nathan & Israel<br>3850 N. Causeway Blvd., Suite 200<br>Metairie, LA 70002<br>Telephone: (504) 846-7943<br>ksmith@sessions.legal<br>Counsel for Defendant,<br>Allied International Credit Corp. |